UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

KARAN RABY,

    Plaintiff,

v.                              CASE NO. 2:11-CV-450-FtM-36DNF

THE ANIMAL WELFARE LEAGUE OF
CHARLOTTE COUNTY, FLORIDA, INC.
a Florida Non-Profit Corporation, and
SHARON THOMAS, individually,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas Frazier on April 20, 2012 (Doc. 26). In the Report and Recommendation, Magistrate Frazier recommends that the Court grant the parties' Joint Motion for Approval of Settlement Agreement (Doc. 25). On April 23, 2012, Plaintiff filed a joint notice of non-objection to the Magistrate's Report and Recommendation (Doc. 27). As such, this matter is ripe for review.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The parties' Joint Motion for Approval of Settlement Agreement (Doc. 25) is **GRANTED**. The Settlement Agreement (Doc. 25, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on April 24, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD